UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and
OFFICE OF THE ATTORNEY
GENERAL, STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,**

        **Plaintiffs,**

v.                              Case No: 6:20-cv-1192-WWB-DCI

**GDP NETWORK LLC, G & G
SUCCESS LLC, G & N SQUARED LLC,
GINO DE PAZ, GRACE DE PAZ and
SHABANA KHUBLAL,**

        **Defendants.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

> **MOTION:** Motion for Default Judgment (Doc. 97)
>
> **FILED:** August 27, 2021
>
> **THEREON** it is **Recommended** that the motion be **GRANTED.**

The Federal Trade Commission and Florida's Office of the Attorney General, Department of Legal Affairs (collectively, Plaintiffs) filed this motion for default judgment against GDP Networks LLC, G & G Success LLC, and G & N Squared LLC (collectively, Corporate Defendants). Doc. 97 (the Motion). Plaintiffs have attached a proposed order to the Motion. Doc. 97-1 (the Proposed Order).

Despite ample opportunity to do so, no party has objected or even responded to the Motion; thus, the undersigned takes the Motion as unopposed. *See* Local Rule 3.01(c). Similarly, no party has objected or responded to the Proposed Order attached to the Motion. The undersigned has reviewed the Proposed Order and finds that it is due to be entered by the Court. The undersigned notes that judges in this district have entered similar orders in similar cases. *See, e.g., FTC v. MOBE Ltd.*, No.6:18-cv-862-Orl-37DCI, 2020 WL 1847354 (M.D. Fla. Apr. 13, 2020); *see also FTC v. Life Management Servs. of Orange Cty., LLC*, No.6:16-cv-982-Orl-41TBS, 350 F.Supp.3d 1246, 1274–1283 (M.D. Fla. Dec. 7, 2018); *Office of the Atty. General v. Berger Law Group, P.A.*, No. 8:14-cv-1825-T-30MAP, 2015 WL 5922933 (M.D. Fla. Oct. 9, 2015); *FTC v. Direct Benefits Group, LLC*, No. 6:11-CV-1186-ORL-28, 2011 WL 3654469 (M.D. Fla. Aug. 19, 2011). Judges in other districts have as well. *See, e.g., FTC v. Cardiff*, 2019 WL 9143561 (C.D. Cal. May 16, 2019); *see also FTC v. CD Capital Investments, LLC*, 2016 WL 4468549 (C.D. Cal. Aug. 22, 2016). Finally, the undersigned notes that the individual defendants (Grace De Paz, Gino De Paz, and Shabana Khublal) are "member[s], manager[s], or owner[s]" of the Corporate Defendants,[1] Doc. 3 ¶ 12–14, and these individual defendants have stipulated that similar proposed orders be entered against them individually in this case. *See* Docs. 95-1; 96-1.

Accordingly, it is respectfully **Recommended** that the Court enter the Proposed Order (Doc. 97-1).

---

[1] Specifically, Gino De Paz is the "sole member, manager, or owner of GDP Network;" Grace De Paz is the "sole member, manager, or owner of G & G Success and is a manager of G & N Squared;" and Shabana Khublal is "a member, manager, or owner of G & N Squared." Doc. 3 ¶ 12–14.

**NOTICE TO PARTIES**

The party has fourteen days from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to serve and file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

**Recommended** in Orlando, Florida on November 3, 2021.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy